```
1            IN THE UNITED STATES DISTRICT COURT      FILED IN CLERK'S OFFICE
2            FOR THE NORTHERN DISTRICT OF GEORGIA        U.S.D.C. Atlanta
3                       ATLANTA DIVISION                  JAN 0 3 2006
4
5    STEPHEN BENTON,              :              LUTHER D. THOMAS, Clerk
                                  :              By: [signature] Deputy Clerk
6            Plaintiff,           :CIVIL ACTION
                                  :
7            vs.                  :FILE NO.1:04-CV-3191(BBM)
                                  :
8    BRIAN HOPKINS, JOHN           :
     ANDERSON, and the COUNTY     :
9    OF CHEROKEE,                 :
                                  :
10           Defendants.          :
11
12              Deposition of JOSEPH N. SABA, M.D.,
13   taken on behalf of the Defendants, in accordance
14   with the Federal Rules of Civil Procedure, pursuant
15   to Notice and agreement of counsel, before Debera
16   J. Puckett, Certified Court Reporter, at 6285
17   Garden Walk Boulevard, Suite C, Riverdale, Georgia,
18   on the 12th day of October, 2005, commencing at the
19   hour of 5:00 p.m.
20
21
22                  DEB PUCKETT & ASSOCIATES
23                      636 OLD IVY ROAD
24                  ATLANTA, GEORGIA   30342
25                       (404) 365-9015
```